IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELICA MURPHY, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| GEICO ADVANTAGE | : | |
| INSURANCE COMPANY, | : | |
| *Defendant* | : | No. 22-1232 |

### ORDER

AND NOW, this 6th day of May, 2022, upon consideration of the parties' Stipulation of Dismissal (Doc. No. 10), it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE